

**2017–1056.   State ex rel. Janis v. Streetsboro City Council.**
In Mandamus. On relator's application for dismissal. Application granted. Cause dismissed.

**2017–1054.   State ex rel. Hunter v. Youngstown City School Dist.**
In Mandamus.

**2017–0874.   State ex rel. Kaplan v. Bozza.**
In Mandamus.

*August 21, 2017*

2017-Ohio-7269.]

**2017–0662.   State v. Asadi–Ousley.**
Cuyahoga App. No. 104267, 2017-Ohio-2652. On appellee's motion to withdraw motion to stay as moot. Motion granted.

**2017–1057.   State ex rel. Davila v. Cuyahoga Cty. Bd. of Elections.**
In Mandamus. On joint application for dismissal. Application granted. Cause dismissed.

*August 22, 2017*

2017-Ohio-7297.]

**2016–1646.   State v. Blair.**
Hamilton App. No. 160333, 2016-Ohio-5714. On appellee's motion to dismiss matter as moot. Motion granted. Cause dismissed.
   O'DONNELL, FRENCH, O'NEILL, and DEWINE, JJ., concur.
   O'CONNOR, C.J., and KENNEDY, J., dissent.
   FISCHER, J., not participating.